UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| AMY ROLLS<br>On behalf of her minor child, AR | CIVIL ACTION NO. 2:18-00188 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| PACKAGING CORP. OF AMERICA, INC., ET AL. | MAG. JUDGE KATHLEEN KAY |

## JUDGMENT

For the reasons set forth in the Report and Recommendation of the Magistrate Judge, and after a de novo review of the record, including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion to Remand and for Attorney's Fees (Rec. 9) and Plaintiff's Motion for Leave to File First Amended Complaint (Rec. 11) are **DENIED.**

**IT IS FURTHER ORDERED** that all claims brought against Timothy Wohlers, individually, are **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that Defendant's Motion for Leave to File Sur-Reply (Rec. 32) is **DENIED.**

**THUS DONE AND SIGNED** in Lafayette, Louisiana on this 26th day of November, 2018.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE