# EXHIBIT C

## DECLARATION OF STACY MILLER

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AMY ROLLS ON BEHALF OF HER MINOR CHILD AR<br><br>SUMMERHAYS<br>VERSUS<br><br>PACKAGING CORP OF AMERICA INC AND TIMOTHY WOHLERS | CIVIL ACTION NO. 2:18-CV-00188-UDJ-KK<br><br>DISTRICT JUDGE ROBERT<br><br>MAGISTRATE JUDGE KATHLEEN KAY |

## DECLARATION OF STACY MILLER

I, Stacy Miller, declare under penalty of perjury that the following statements are true and correct:

1. I am of the age of majority, am competent in all respects to make this declaration, and have personal knowledge of all matters stated herein.

2. I am a Technical Manager at Packaging Corporation of America's ("PCA") containerboard mill in DeRidder, Louisiana ("Mill"): the Mill manufactures containerboard.

3. A necessary part of containerboard manufacture is the "pulping process" which essentially converts wood into wood pulp which is then used to make containerboard.

4. The Mill's pulping process produces a byproduct vapor known as "foul condensate", which is recycled for use by removing contaminates and "clean condensate" (essentially heated water) is thereby recovered and reused.

5. The Mill's Clean Condensate Line ("CCL") is the piping system used to transport clean condensate throughout the Mill for reuse in the pulping process and manufacture of containerboard. The CCL ran above the Foul Condensate Tank and made clean condensate available for cleaning and raising of the fluid level in the Foul Condensate Tank.

6. Clean condensate is desirable as it is used in the Mill's pulping processes which are a core part of containerboard manufacture, and allows the Mill's processes to run more cost effectively, efficiently and environmentally sound.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed in _Beauregard_, on the _5th_ day of _July_, 2019.

_____
Stacy Miller

4844-9171-4459.1